The People of the State of Illinois, Respondent-Appellee, *v.* Robert Merriweather, Petitioner-Appellant.

(No. 58723;

First District (3rd Division)—November 1, 1973.

PER CURIAM.

Robert Merriweather, *pro se.*

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Assistant State's Attorney, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* ROBERT STOCK, Petitioner-Appellant.

(Nos. 54593, 57926 cons.;

First District (4th Division)—November 2, 1973.